# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY A. GRAHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-02694 (ODW-VEB)<br><br>ORDER ADOPTING<br>REPORT AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, this Court having reviewed the Complaint (Docket No. 3), Answer (Docket No. 12), Joint Stipulation (Docket No. 27), and the Report and Recommendation issued by the Honorable Victor E. Bianchini (Docket No. 30), and no objection(s) having been interposed by any party with respect to the Report and Recommendation, and the time for such objection(s) having expired, and the Court having given the matter due deliberation and careful consideration,

**NOW, THEREFORE,** it hereby is

**ORDERED,** that the Report and Recommendation is ADOPTED in its entirety and Judgment shall be entered in favor of the Commissioner for the reasons stated in the Report and Recommendation.

DATED this 8th day of July, 2016,

OTIS D. WRIGHT, II

UNITED STATES DISTRICT JUDGE