# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY A. GRAHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:14-cv-02694 (ODW-VEB)<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Adopting the Report and Recommendation of the Honorable Victor E. Bianchini, United States Magistrate Judge, and for the reasons stated in the Report and Recommendation, it is hereby

　　　ADJUDGED and DECREED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the

action is GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 8th day of July, 2016,

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE